# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3995
_____

GREGORY B. MYERS,

    Appellant,

v.

BANK OF AMERICA, NATIONAL
ASSOCIATION,

    Appellee.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

April 13, 2018

PER CURIAM.

    DISMISSED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Gregory B. Myers, pro se, Appellant.

Michael K. Winston and Dean A. Morande of Carlton Fields Jorden Burt, P.A., West Palm Beach, for Appellee.